UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHAVARRIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>P. A. GREEN, et al.,<br><br>　　　　Defendants. | 1:10-cv-02324-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS DUENAS, GREEN, AND WILSON, ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIMS, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 30 DAYS |

　　　　Anthony Chavarria ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The case now proceeds on the original Complaint filed by Plaintiff on December 14, 2010.  (Doc. 1.)  The Complaint names Dr. Duenas, Dr. Igbinosa, and Physician's Assistants (PA) Green and Wilson as defendants, and alleges claims for inadequate medical care under the Eighth Amendment.

　　　　The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable medical claims under § 1983 against Dr. Duenas, Green (PA), and Wilson (PA). (Doc. 10.)  On November 13, 2013, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claims found cognizable by the court.  (Id.)  On December 2, 2013, Plaintiff filed a notice informing the court that he is willing to proceed only on the cognizable Eighth Amendment medical claims, against defendants Green, Wilson, and Duenas.  (Doc. 11.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Dr. Duenas and Physician's Assistants Green and Wilson, on Plaintiff's claims for inadequate medical care under the Eighth Amendment;

2. All remaining claims and defendants be dismissed from this action; and

3. Defendant Dr. Igbinosa be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against him.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty (30) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: __December 4, 2013__              __/s/ Gary S. Austin__
                                                                          UNITED STATES MAGISTRATE JUDGE