UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHAVARRIA,<br><br>           Plaintiff,<br><br>      vs.<br><br>P. A. GREEN, et al.,<br><br>           Defendants. | 1:10-cv-02324-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF OCTOBER 30, 2014<br>(Doc. 27.) |

Anthony Chavarria ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 30, 2014, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the court's order of September 9, 2014, which required him to file a response to Defendants' motion to dismiss of July 28, 2014, within thirty days (Doc. 27.)  Plaintiff was granted leave to file objections to the findings and recommendations within twenty days.  Id.

On November 10, 2014, Plaintiff filed an opposition to Defendants' motion to dismiss. (Doc. 28.)  In light of plaintiff's submission of the opposition, the court shall vacate the findings and recommendations of October 30, 2014.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that the court's findings and recommendations, issued on October 30, 2014, are VACATED.

IT IS SO ORDERED.

    Dated: **December 1, 2014**         /s/ Gary S. Austin
                                                                     UNITED STATES MAGISTRATE JUDGE