UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHAVARRIA,<br><br>      Plaintiff,<br><br>   vs.<br><br>P. A. GREEN, et al.,<br><br>      Defendants. | 1:10-cv-02324-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 31.)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS<br>(Doc. 24.)<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS FOR DAMAGES AGAINST DEFENDANTS IN THEIR OFFICIAL CAPACITIES FROM THIS ACTION<br><br>ORDER REQUIRING DEFENDANTS TO FILE ANSWER WITHIN THIRTY DAYS |

   Anthony Chavarria ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 11, 2015, findings and recommendations were entered, recommending that Defendants' motion to dismiss be granted in part and denied in part. (Doc. 31.) On March 13, 2015, Plaintiff filed objections to the findings and recommendations. (Doc. 32.) On the same date, Defendants also filed objections to the findings and recommendations. (Doc. 33.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, including the parties' objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 11, 2015, are ADOPTED IN FULL;
2. Defendants' motion to dismiss, filed on July 28, 2014, is GRANTED IN PART and DENIED IN PART;
3. Defendants' motion to dismiss Plaintiff's claims for damages against Defendants in their official capacities is GRANTED;
4. Defendants' motion to dismiss certain medical claims from Plaintiff's Complaint, based on Plaintiff's abandonment of the claims, is DENIED;
5. Defendants' motion to dismiss certain medical claims from the Complaint, based on Plaintiff's failure to state a claim, is DENIED;
6. Defendants' motion to dismiss Plaintiff's claim for injunctive relief is DENIED;
7. Plaintiff's claims for damages against Defendants in their official capacities are DISMISSED from this action;
8. Defendants are required to file an Answer to the Complaint within thirty days of the date of service of this order; and
9. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 19, 2015**              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE